IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| A.A. and E.T., et al., | ) CASE NO. 1:19-cv-02026-SO |
| Plaintiffs, | ) JUDGE SOLOMON OLIVER, JR. |
| v. | ) |
| UNIVERSITY HOSPITALS HEALTH SYSTEM, INC., et al., | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between the parties, through their respective counsel, that this action, Case No. 1:19-cv-02026-SO, is hereby settled and dismissed with prejudice against all Defendants. Costs to be paid by Defendant University Hospitals Cleveland Medical Center.

Respectfully submitted,

*/s/ Kenneth P. Abbarno (per consent)*
Kenneth P. Abbarno (0059791)
Mark A. DiCello (0063924)
Robert F. DiCello (0072020)
Mark M. Abramowitz (0088155)
DICELLO LEVITT GUTZLER LLC
7556 Mentor Avenue
Mentor, OH 44060
Telephone: 440.953.8888
Facsimile: 440.953.9138
Email: kabbarno@dicellolevitt.com
madicello@dicellolevitt.com
rfdicello@dicellolevitt.com
mabramowitz@dicellolevitt.com
*Attorneys for Plaintiffs*

Respectfully submitted,

*/s/ Rita A. Maimbourg*
Rita A. Maimbourg (0013161)
TUCKER ELLIS LLP
950 Main Avenue—Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000
Facsimile: 216.592.5009
Email: rita.maimbourg@tuckerellis.com
*Attorney for Defendants*

4616836

*/s/ Dennis M. Pilawa (per consent)*
Dennis M. Pilawa (0003035)
Kimberly A. Brennan (0061625)
RAWLIN GRAVENS & PILAWA CO., LPA
The Hanna Building—Suite 500
1422 Euclid Avenue
Cleveland, OH  44115
Telephone:	216.579.1602
Facsimile:	216.803.5413
Email:	dpilawa@rawlingravens.com
	kbrennan@rawlingravens.com
*Attorneys for Defendant Computer Aided Solutions LLC d/b/a CAS Data Loggers*

# PROOF OF SERVICE

A copy of the foregoing *Stipulation of Dismissal With Prejudice* was filed electronically on March 27, 2020. Service of this filing will be sent pursuant to Civ.R. 5(B)(2)(f) by operation of the Court's electronic filing system to all parties indicated on the system's email filing confirmation.

| | |
|---|---|
| Mark M. Abramowitz<br>Mark A. DiCello<br>Robert F. DiCello<br>Kenneth P. Abbarno<br>DICELLO LEVITT GUTZLER LLC<br>7556 Mentor Avenue<br>Mentor OH 44060<br>mabramowitz@dicellolevitt.com<br>madicello@dicellolevitt.com<br>rfdicello@dicellolevitt.com<br>kabbarno@dicellolevitt.com | *Attorneys for Plaintiffs* |
| Dennis M. Pilawa<br>Kimberly Brennan<br>RAWLIN GRAVENS & PILAWA CO., LPA<br>The Hanna Building - Suite 500<br>1422 Euclid Avenue<br>Cleveland, Ohio 44115<br>dpilawa@rawlingravens.com<br>kbrennan@rawlingravens.com | *Attorneys for Defendant Computer Aided Solutions LLC d/b/a CAS Data Loggers* |

                                                           */s/ Rita A. Maimbourg*
                                                         *One of the Attorneys for Defendants*