IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| A.A. and E.T., et al., | ) CASE NO. 1:19-cv-02026-SO |
| Plaintiffs, | ) JUDGE SOLOMON OLIVER, JR. |
| v. | ) |
| UNIVERSITY HOSPITALS HEALTH SYSTEM, INC., et al., | ) |
| Defendants. | ) |

## NOTICE OF STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between the parties, through their respective counsel, that this action, Case No. 1:19-cv-02026-SO, is hereby settled and dismissed with prejudice against all Defendants. Costs to be paid by Defendant University Hospitals Cleveland Medical Center.

Respectfully submitted,

*/s/ Kenneth P. Abbarno (per consent)*
Kenneth P. Abbarno (0059791)
Mark A. DiCello (0063924)
Robert F. DiCello (0072020)
Mark M. Abramowitz (0088155)
DICELLO LEVITT GUTZLER LLC
7556 Mentor Avenue
Mentor, OH 44060
Telephone: 440.953.8888
Facsimile: 440.953.9138
Email: kabbarno@dicellolevitt.com
madicello@dicellolevitt.com
rfdicello@dicellolevitt.com
mabramowitz@dicellolevitt.com
*Attorneys for Plaintiffs*

Respectfully submitted,

*/s/ Rita A. Maimbourg*
Rita A. Maimbourg (0013161)
TUCKER ELLIS LLP
950 Main Avenue—Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000
Facsimile: 216.592.5009
Email: rita.maimbourg@tuckerellis.com
*Attorney for Defendants*

**IT IS SO ORDERED.**
/s/ Solomon Oliver, Jr.
UNITED STATES DISTRICT JUDGE
3/27/2020

*/s/ Dennis M. Pilawa (per consent)*
Dennis M. Pilawa (0003035)
Kimberly A. Brennan (0061625)
RAWLIN GRAVENS & PILAWA CO., LPA
The Hanna Building—Suite 500
1422 Euclid Avenue
Cleveland, OH  44115
Telephone:	216.579.1602
Facsimile:	216.803.5413
Email:	dpilawa@rawlingravens.com
	kbrennan@rawlingravens.com
*Attorneys for Defendant Computer Aided Solutions LLC d/b/a CAS Data Loggers*